UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Stalling
_____

_____
Write the full name of each plaintiff.

-against-

T3 Trading Group LLC
_____

_____

_____
Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been
assigned)

Do you want a jury trial?
☒ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 21  PM 12: 39

## EMPLOYMENT DISCRIMINATION COMPLAINT

| NOTICE |
|---|
| The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2. |

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| David | | Stalling |
|---|---|---|
| First Name | Middle Initial | Last Name |

No Fixed Abode
_____
Street Address

_____
County, City                    State              Zip Code

719-424-6406                    stallingesq@yahoo.com
_____
Telephone Number                Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:      T3 Trading Group LLC
_____
                  Name
                  1 State Street Plaza, 10th Floor
_____
                  Address where defendant may be served
                  New York, New York        NY          10004
_____
                  County, City              State       Zip Code

Defendant 2:
_____
                  Name

_____
                  Address where defendant may be served

_____
                  County, City              State       Zip Code

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State            Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

T3 Trading Group LLC
_____
Name

No Fixed Abode
_____
Address

New York, New York            NY                10004
_____
County, City                    State            Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:         African-American: Denied after ID request

☒ color:        Black: Denied after ID request.

☐ religion:     _____

☐ sex:          _____

☐ national origin: _____

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

     My race is:   African-American _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

     I was born in the year:   _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

     My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

     My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.  Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☒ did not hire me
- ☐ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☐ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☐ other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I applied for a position with Respondent on August 8, 2020 as a Trader.

On August 10, 2020, someone reached out to me and scheduled a phone interview which took place on August 12, 2020.

On August 14, 2020, I was given forms to complete and directions on submitting photo ID and two (2) proofs of my address. I was also told to send a check for $245 to cover the exam fees.

I was informed during the process that the position was based on passing two (2) exams for which I was never given the opportunity to take.

On September 8, 2020, I was notified by the Director of Compliance, Thomas Asciutto, that my application would not move forward. When asked why I was not provided a reason.

See attached for addition info ...

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   10-19-2020

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   2-17-2022

When did you receive the Notice?   2-17-2022

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☒ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

I applied to T3 Trading Group on July 18, 2020. I'm entitled compensation from that date up until trial. Respectfully.

## VII.  PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 2-28-2022 | *[signature]* |
| Dated | Plaintiff's Signature |
| David | Stalling |
| First Name          Middle Initial | Last Name |
| No Fixed Abode | |
| Street Address | |
| New York, New York | NY |
| County, City | State          Zip Code |
| 719-424-6406 | stallingesq@yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2020-05233 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MR. DAVID STALLING | (719) 424-6406 | |

| Street Address | City, State and ZIP Code |
|---|---|
| NO FIXED ABODE, PHILADELPHIA,PA 19103 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| T3 TRADING GROUP LLC | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1 STATE STREET PLAZA, NEW YORK, NY 10004 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-08-2020**    Latest **09-08-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I applied for a position with Respondent on August 8, 2020 as a Trader.

On August 10, 2020, someone reached out to me and scheduled a phone interview which took place on August 12, 2020.

On August 14, 2020, I was given forms to complete and directions on submitting photo ID and two (2) proofs of my address. I was also told to send a check for $245 to cover the exam fees.

I was informed during the process that the position was based on passing two (2) exams for which I was never given the opportunity to take.

On September 8, 2020, I was notified by the Director of Compliance, Thomas Asciutto, that my application would not move forward. When asked why I was not provided a reason.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Stalling on 10-19-2020 02:52 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2020-05233 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**Based on the above, I believe I have been discriminated against based on race (African-American) and color in violation of Title VII of the Civil Rights Act of 1964.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by David Stalling on 10-19-2020 02:52 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.  **FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

2.  **AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.  **PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.  **ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.  **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**David Stalling Esq.**
*Phone:    (719) 424-6406*
*Address: No Fixed Abode*
*Email:    mr_stalling@yahoo.com*

*Exhibit*

February 26, 2021

**By Email**
Debra L. Richards
Federal Investigator
EEOC
New York District Office
33 Whitehall Street,  Floor 5
New York, NY 10004
Tel: (929) 506-5307
Email: debra.richards@eeoc.gov

Re:    **Stalling v. T3 Trading Group**
       <u>EEOC   No. 520-2020-05233</u>

Dear Ms. Richards:

This **Rebuttal** is a response to the **Respondent Position Statement** submitted by Glen R. Stifelman. After reviewing the statement I've found numerous obvious  misstatements, errors, and frivolous information. Therefore, my charge of discrimination, failure to hire, and training hold sufficient merits. Which is a direct violation of Title VII of the Civil Rights Act of 1964.

With the information I'm providing I would appreciate the EEOC taking the necessary next steps and hold T3 Trading Group accountable for their actions.

<u>Rebuttal</u>

**Response to #1.**
       All paperwork was complete and submitted in timely fashion. And verified with an T3 Trading Group employee via email correspondence. I was hindered from studying and taking the FINRA Exams that are sponsored by T3 Trading Group after the denial of my application after scanning and emailing my Photo I.D to a T3 Trading Group employee as instructed on August 14th, 2020 via email correspondence with "Registration Details."The Capital Contributions are not required until exams completion. Most importantly, Mr. Stifelman is unaware of any of my correspondence or completion of any tasks with T3 Trading Group because no phone calls or emails was with him..  **See Additional PDF Attachments ..**

**Response to #2**
       As stated in **Response #1** all paperwork was completed and uploaded to Compliance Elf Portal and verified with Derrick Oldensmith. Mr. Stifelman, is responding to the charge with a **Position Statement**, but has no relevant information, and seems to be unaware of my process with T3 Trading Group.

**Conclusion**

For the reasons stated above and additional information(PDF's) added with this rebuttal I requesting the EEOC to take the necessary next steps and filing suit against T3 Trading Group. A copy of this Rebuttal along with additional information PDF's will be sent to Debra L. Richards and uploaded to the EEOC Portal.

Should the Commission have any other questions or require any additional information, please be advised that I fully intend to cooperate, and you may contact me anytime.


Respectfully,

David Stalling Esq.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St ,5th Floor
New York ,New York ,10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/17/2022

**To:** Mr. David Stalling
No Fixed Abode
Philadelphia, PA 19103

Charge No: 520-2020-05233

EEOC Representative and email:     Debra Richards
Federal Investigator
debra.richards@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC is closing this charge because you were not in an employment relationship with the Respondent.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2020-05233.

On Behalf of the Commission:

Digitally Signed By:Judy Keenan
02/17/2022

Judy Keenan
District Director

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**
33 Whitehall St ,5th Floor
New York ,New York ,10004
(929) 506-5270
Website:  www.eeoc.gov

**Cc:**
Glen Stifelman
Chief Compliance Officer
T3 TRADING GROUP LLC
glen.stifelman@t3trading.com

Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.  Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 520-2020-05233 to the District Director at Judy Keenan, 33 Whitehall St 5th Floor New York, NY 10004. You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

*Exhibit*

*Position*
*Statement*

# T3 TRADING GROUP, LLC

## A UNIT OF T3 COMPANIES • MEMBER FINRA / SIPC

To Whom It May Concern:

The charges made by Mr. Stalling are totally unsubstantiated and false. Please note that the "position" Mr. Stalling applied for was NOT as an employee. He was applying to be an LLC Member of T3 Trading Group, LLC. Members of T3 Trading Group, LLC are not employees of the firm. There can be no violation of Title VII of the Civil Rights Act of 1964, as there was no employment opportunity.

Regardless of the aforementioned disqualification of this claim, we hope that the New York State Division of Human Rights will consider taking action against Mr. Stalling for making intentionally false accusations. In that regards, we would like to provide you with additional information:

1. In order to become a Member of the LLC, Mr. Stallings would need to complete and submit extensive paperwork, undergo fingerprinting for a criminal background check, submit a credit check, pass two FINRA industry exams and provide a capital contribution to the LLC in order to be a proprietary trader.

2. Mr. Stalling never returned any paperwork to us or completed any of the other pre-requisites of being considered for Membership to T3 Trading Group, LLC other than submitting fingerprints.

T3 Trading Group does not discriminate against anyone due to race, color, sex, religion, age disability or sexual orientation. Mr. Stalling is making up a story for reasons unknown to us. Per his own admission, we conducted a phone interview and not an in-person interview. Mr. Stalling never submitted paperwork, a photo ID or any other information that would easily identify him by race. We respectfully request you find in our favor and end this baseless complaint against T3TG.

Thank you for your attention in this matter. Please feel free to contact me should you have any additional questions or require further information.

Sincerely yours,

Glen R. Stifelman
Chief Compliance Officer
T3 Trading Group, LLC.

| | |
|---|---|
| **Subject** | ^_Fieldprint^_ Post-Collection Overview |
| **From** | CustomerService@fieldprint.com <CustomerService@fieldprint.com> |
| **To:** | <mr_stalling@yahoo.com> |
| **Date** | Aug 28, 2020 at 1:26 PM |

*Exhibit*



Greetings David Stalling:

Thank you for being fingerprinted through Fieldprint.
Below is a summary of your fingerprinting appointment
information:

David Stalling
Appointment Date/Time: 08/28/2020 @ 1:10 PM
Appointment #: 8498907
Print Scan
247 West 35th Street
(storefront)
New York, NY 10001

Status: Completed
Barcode: 2541201606

Please call the Fieldprint Post Collection Survey line at
800-799-1067 to take our site survey and rate your
experience. You may also reach us by emailing
customerservice@fieldprint.com' if you have any
questions.

**CONFIDENTIALITY/INTENDED
RECIPIENT:** This e-mail, including
attachments, may include confidential and/or
proprietary information, and may be used only
by the person or entity to which it is
addressed. If the reader of this e-mail is not
the intended recipient or his or her authorized

agent, the reader is hereby notified that any
dissemination, distribution or copying of this e-

mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

**GENERAL GUIDANCE:** Please be advised that the information and/or samples that we have provided is intended as general guidance and not legal advice. Please consult competent counsel for specific legal advice. We assume no legal liability for any use or reliance upon any of the information or documentation provided.

**SECURITY WARNING:** Sending email that contains private personal information poses a security and privacy risk and we request that you not do so.

| | |
|---|---|
| **Subject** | Welcome to T3 Trading Group, LLC., David Stalling |
| **From** | Thomas Youn <thomas.youn@t3trading.com> |
| **To:** | mr_stalling@yahoo.com <mr_stalling@yahoo.com> |
| **Cc:** | Derrick Oldensmith <doldensmith@t3trading.com>, New accounts Group_Dist. <newaccts@t3trading.com> |
| **Date** | Aug 14, 2020 at 7:42 AM |

# Welcome to T3 Trading Group, LLC.

Please follow the instructions below for the registration process.

1. You will receive an email shortly from **CORDIUM Compliance ELF-** This link contains your login for the digital registration and account paperwork.

   **YOU MUST USE THIS LOGIN TO ACCESS THE PAPERWORK**

   **PLEASE CHECK SPAM OR JUNK FOLDER IF YOU HAVE NOT RECEIVED THE EMAIL FROM CORDIUM**

2. Please use the attached **Cordium RPW GUIDE** to

2. Please use the attached Cordium PPW GUIDE to
assist you with the new account application. Open
the pdf guide and use it to follow along page by page

**PLEASE DO NOT FILL OUT THE ATTACHED PDF, IT
IS JUST A PAGE BY PAGE FOLLOW ALONG GUIDE
FOR THE PAPERWORK ON CORDIUM. THE
PAPERWORK MUST BE COMPLETED AND
SUBMITTED THROUGH THE CORDIUM
COMPLIANCE ELF PORTAL**

**ASSOCIATED PERSON PACKET (Page 2-36)**

**T3 PROP PACKET (Page 37-106)**

**T3 U4/K1/W9/Market Data Packet (Page 38 to 133)**

**FORM U4 (Page 134-153)**

3.      Please complete your fingerprints
using the instructions below.

Please click on this link and make an account below.

https://www.brokerfp.com/default.aspx.  The Fieldprint
code is: **T3TradingAP**

You will need the Fieldprint code in order to schedule

your fingerprint appointment.

**Please note that you will have to pay for your own**

prints. The cost is $17.50 per applicant.

4.    Please mail a copy of your driver's license along with **2** proofs of address to the address below, or scan and email.

Please mail a copy of your OPT, green card or US passport if applicable, or scan and email.

Proof of address may be utility bills (from different vendors), copy of lease/mortgage, etc.

5.    Please make the registration check ($245) and capital contribution checks payable to **T3 Trading Group LLC.** and mail to the address below. The registration check covers your FINRA Registration fee and the cost of the SIE and S57TO exams.

If you are already licensed with the SIE, the registration check should be in the amount of $185. If you meet all licensing requirements, the registration check amount is $125.

**<u>Mailing Address</u>**

T3 Trading Group LLC.

Attn: Compliance

One State Street Plaza, 10th Floor

New York, NY 10004

We are excited to potentially be welcoming you to T3 Trading Group, LLC. If you have any additional questions regarding the registration process, please

questions regarding the registration process, please
reach out to compliance or your class B member.

CONFIDENTIALITY: This email (including any
attachments) may contain confidential, proprietary and
privileged information, and unauthorized disclosure or
use is prohibited. If you received this email in error,
please notify the sender and delete this email from your
system. Thank you.

 Cordium PPW GUIDE.PDF

**Subject**   Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader

**From**   Derrick Oldensmith from T3 Trading Group, LLC
<derrickoldensmith4_zh5@indeedemail.com>

**To:**   Dave Stalling <mr_stalling@yahoo.com>

**Date**   Aug 25, 2020 at 6:46 PM

Great!  Compliance should be in touch soon with next steps.

**Derrick Oldensmith | Senior Trader**
T3 Trading Group, LLC
1 State Street Plaza | 10 <sup>th</sup> Fl | New York, NY | 10004
Phone: 646-346-1700
Email : Doldensmith@t3trading.com

---

**From:** Dave Stalling <davestalling6_u36@indeedemail.com>
**Sent:** Tuesday, August 25, 2020 5:56 PM
**To:** Derrick Oldensmith <Doldensmith@t3trading.com>
**Cc:** William Jones <williamjones679_uoc@indeedemail.com>
**Subject:** Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader

Hello Derrick,

All the paperwork is finished. Thanks for adding William to assist with the issue I was using the mobile version. The process was much easier using the desktop version.

Respectfully,

Dave

David Stalling
Business Freelance
+1(719) 424-6406
mr_stalling@yahoo.com

Sent from Yahoo Mail for iPhone

On Monday, August 24, 2020, 1:30 PM, Derrick Oldensmith from T3 Trading Group, LLC <derrickoldensmith4_zh5@indeedemail.com> wrote:

Hey Dave,

I've added William Jones to this email.  He can guide you on the U4 situation.

**Derrick Oldensmith | Senior Trader**
T3 Trading Group, LLC
1 State Street Plaza | 10 <sup>th</sup> Fl | New York, NY | 10004
Phone: 646-346-1700
Email : Doldensmith@t3trading.com

---

**From:** Dave Stalling <davestalling6_u36@indeedemail.com>
**Sent:** Monday, August 24, 2020 9:29 AM
**To:** Derrick Oldensmith <doldensmith@t3trading.com>
**Subject:** Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader

Hello Derrick,

I'm finishing the paperwork today, I don't see the U4 upload option in the questionnaire inside the Compliance Elf portal. Is there another way to upload the U4?

Thanks,

Dave

David Stalling
Business Freelance
+1(719) 424-6406
mr_stalling@yahoo.com

Sent from Yahoo Mail for iPhone

On Friday, August 21, 2020, 7:24 PM, Derrick Oldensmith from T3 Trading Group, LLC <derrickoldensmith4_zh5@indeedemail.com> wrote:

Hey David,

Just wanted to follow up with you on our conversation.  Did you have the time to review the paperwork?  Do you have any additional questions for me?

**Derrick Oldensmith | Senior Trader**
T3 Trading Group, LLC
1 State Street Plaza | 10 th Fl | New York, NY | 10004
Phone: 646-346-1700
Email : Doldensmith@t3trading.com

**From:** Derrick Oldensmith <doldensmith@t3trading.com>
**Sent:** Tuesday, August 11, 2020 6:20 PM
**To:** Dave Stalling <davestalling6_u36@indeedemail.com>
**Subject:** Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader

Cool.  Speak to you then.

**Derrick Oldensmith | Senior Trader**
T3 Trading Group, LLC
1 State Street Plaza | 10 th Fl | New York, NY | 10004
Phone: 646-346-1700
Email : Doldensmith@t3trading.com

**From:** Dave Stalling <davestalling6_u36@indeedemail.com>
**Sent:** Tuesday, August 11, 2020 6:17 PM
**To:** Derrick Oldensmith <doldensmith@t3trading.com>
**Subject:** Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader

Hello Derrick,

Yes, that time will work.

Thanks again,

Dave

David Stalling
Business Freelance
+1(719) 424-6406
mr_stalling@yahoo.com

Sent from Yahoo Mail for iPhone

On Tuesday, August 11, 2020, 5:36 PM, Derrick Oldensmith from T3 Trading Group, LLC
<derrickoldensmith4_zh5@indeedemail.com> wrote:

> Hey Dave,
>
> So I cannot be available at 1pm tomorrow, but I could do 1pm on Thursday if that
> works for you?
>
> **Derrick Oldensmith | Senior Trader**
> T3 Trading Group, LLC
> 1 State Street Plaza | 10 th Fl | New York, NY | 10004
> Phone: 646-346-1700
> Email : Doldensmith@t3trading.com
>
> **From:** Dave Stalling <davestalling6_u36@indeedemail.com>
> **Sent:** Tuesday, August 11, 2020 3:15 PM
> **To:** Derrick Oldensmith <doldensmith@t3trading.com>
> **Subject:** Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader
>
> Hello Derrick,
>
> Thanks for reaching out again. I'm available to speak tomorrow Wednesday, August 12th at
> 1:00PM. I look forward to speaking with you. My phone number is: +1(719) 424-6406.
> Thanks!
>
> Respectfully,
>
> Dave
>
> David Stalling
> Business Freelance
> +1(719) 424-6406
> mr_stalling@yahoo.com
>
> Sent from Yahoo Mail for iPhone
>
> On Monday, August 10, 2020, 7:38 PM, Derrick Oldensmith from T3 Trading Group, LLC
> <derrickoldensmith4_zh5@indeedemail.com> wrote:

Hi David,

After reviewing your resume and email, I would like to invite you in for a call at a time that is convenient for both of us. What does your availability look like for this week/next week? What number is best?

Please be aware that this position does not come with a salary as compensation is based on trading performance and traders are required to commit risk capital.

If you would like to learn more about T3 Trading Group, LLC, our partners, and our affiliates. I would recommend starting here:

www.t3trading.com

www.t3live.com

**Derrick Oldensmith | Senior Trader**
T3 Trading Group, LLC
1 State Street Plaza | 10 th  Fl | New York, NY | 10004
Phone: 646-346-1700
Email : Doldensmith@t3trading.com

**From:** Dave Stalling <davestalling6_u36@indeedmail.com>
**Sent:** Sunday, August 9, 2020 10:00 AM
**To:** Derrick Oldensmith <doldensmith@t3trading.com>
**Subject:** Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader

Hello Derrick,

Thanks for reaching out in regards to my recent interest with T3 Trading Group, LLC. The position consisting of Options/Futures/Equities/FX Trader is a career that's worthwhile. I'm eager and pursuing a career in this industry. I'm always in the Manhattan Area and ready for this opportunity.

ATTACHED IS MY RESUME AS REQUESTED:

I look forward to hearing from you,

Dave

David Stalling
Business Freelance
+1(718) 424-6406
mr_stalling@yahoo.com

 **Resume2.0-edited (1) (1).pdf**
Pdf via Dropbox

Sent from Yahoo Mail for iPhone

On Sunday, August 9, 2020, 8:37 AM, Derrick Oldensmith from T3 Trading Group, LLC <derrickoldensmith4_zh5@indeedmail.com> wrote:

Hi David,

I understand that you have an interest in pursuing professional trading. I run T3 Trading Group's proprietary equity trading floor at our Manhattan, New York headquarters. Currently, we are looking for new traders to work out of our office here or on a remote basis. If this interests you, please send me an email with a little information about yourself and a resume. At this point, we can move forward with discussing next steps and position details. Thanks!

**Derrick Oldensmith | Senior Trader**
T3 Trading Group, LLC
1 State Street Plaza | 10 th  Fl | New York, NY | 10004
Phone: 646-346-1700
Email : Doldensmith@t3trading.com

**From:** David Stalling <davestalling6_u36@indeedmail.com>
**Sent:** Saturday, August 8, 2020 9:26 PM
**To:** HR <hr@t3trading.com>
**Subject:** Indeed: David Stalling applied for Equities/Options/Futures/FX Trader



## David Stalling applied



to your **Equities/Options**
**/Futures/FX Trader** job in **1 State**
**Street Plaza, New York, NY**

⇄ **Past Candidate.** This candidate applied to other jobs on your account

[ Reply on Indeed ]　[ Call ]　[ Reject ]



**David Stalling**
1 State Street Plaza, New York, NY

### Message

No message was submitted with this application.

### Start the conversation

Use a quick reply email template to let them know you're interested.

> ⊘ **Are you still interested?**
> Find out if they want to discuss this job further                    ›

> 🚌 **Does this commute work for you?**
> Ask about the location and commute options                    ›

> 🗨 **I'd love to chat. When can I call you?**
> Tell them you're very interested in connecting                    ›

Using an applicant tracking system? **Adjust how you receive candidate resumes**

Manage candidates from your
phone with the Indeed Employer
app.   [ App Store ]  [ Google Play ]

© 2020 Indeed.com
Indeed, Inc. | 6433 Champion Grandview Way, Building 1, Austin, TX 78750

Privacy Policy | Terms | Help

CONFIDENTIALITY: This email (including any attachments) may contain confidential,
proprietary and privileged information, and unauthorized disclosure or use is prohibited.
If you received this email in error, please notify the sender and delete this email from
your system. Thank you.
CONFIDENTIALITY: This email (including any attachments) may contain confidential,
proprietary and privileged information, and unauthorized disclosure or use is prohibited.
If you received this email in error, please notify the sender and delete this email from
your system. Thank you.

**Next Steps**

Respond by replying directly to this email

| | |
|---|---|
| **Subject** | Re: Indeed: David Stalling applied for Equities/Options/Futures/FX Trader |
| **From** | Dave Stalling <mr_stalling@yahoo.com> |
| **To:** | Derrick Oldensmith from T3 Trading Group, LLC <derrickoldensmith4_zh5@indeedemail.com> |
| **Cc:** | William Jones <williamjones679_uoc@indeedemail.com> |
| **Date** | Aug 25, 2020 at 5:56 PM |

Hello Derrick,

All the paperwork is finished. Thanks for adding William to assist with the issue I was using the mobile version. The process was much easier using the desktop version.

Respectfully,

Dave

David Stalling
Business Freelance
+1(719) 424-6406
mr_stalling@yahoo.com

Sent from Yahoo Mail for iPhone

View more

**indeed**

From T3 Trading Group, LLC regarding your Equities/Options/Futures/FX Trader application

CONFIDENTIALITY: This email (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this email in error, please notify the sender and delete this email from your system. Thank you.
CONFIDENTIALITY: This email (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you received this email in error, please notify the sender and delete this email from your system. Thank you.

**Next Steps**

Respond by replying directly to this email

No longer interested? Close your application for this job.

**indeed**

From T3 Trading Group, LLC regarding your Equities/Options/Futures/FX Trader application

**Suspect spam or fraud?** Report this message to Indeed

By replying or using an indeedemail.com email address, you agree that this email will be processed and analyzed according to the Indeed Cookie Policy, Privacy Policy, and Terms of Service.

Respond by replying directly to this email

No longer interested? Close your application for this job.

indeed

From T3 Trading Group, LLC regarding your Equities/Options/Futures/FX Trader
application

CONFIDENTIALITY: This email (including any attachments) may contain confidential,
proprietary and privileged information, and unauthorized disclosure or use is prohibited. If
you received this email in error, please notify the sender and delete this email from your
system. Thank you.
CONFIDENTIALITY: This email (including any attachments) may contain confidential,
proprietary and privileged information, and unauthorized disclosure or use is prohibited. If
you received this email in error, please notify the sender and delete this email from your
system. Thank you.

**Next Steps**

Respond by replying directly to this email

No longer interested? Close your application for this job.

indeed

From T3 Trading Group, LLC regarding your Equities/Options/Futures/FX Trader
application

CONFIDENTIALITY: This email (including any attachments) may contain confidential,
proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you
received this email in error, please notify the sender and delete this email from your system.
Thank you.
CONFIDENTIALITY: This email (including any attachments) may contain confidential,
proprietary and privileged information, and unauthorized disclosure or use is prohibited. If you
received this email in error, please notify the sender and delete this email from your system.
Thank you.

**Next Steps**

Respond by replying directly to this email

No longer interested? Close your application for this job.

indeed

From T3 Trading Group, LLC regarding your Equities/Options/Futures/FX Trader application

CONFIDENTIALITY: This email (including any attachments) may contain confidential, proprietary
and privileged information, and unauthorized disclosure or use is prohibited. If you received this
email in error, please notify the sender and delete this email from your system. Thank you.
CONFIDENTIALITY: This email (including any attachments) may contain confidential, proprietary
and privileged information, and unauthorized disclosure or use is prohibited. If you received this
email in error, please notify the sender and delete this email from your system. Thank you.

**Next Steps**

Respond by replying directly to this email

No longer interested? Close your application for this job.

indeed

From T3 Trading Group, LLC regarding your Equities/Options/Futures/FX Trader application

CONFIDENTIALITY: This email (including any attachments) may contain confidential, proprietary and
privileged information, and unauthorized disclosure or use is prohibited. If you received this email in
error, please notify the sender and delete this email from your system. Thank you.
CONFIDENTIALITY: This email (including any attachments) may contain confidential, proprietary and
privileged information, and unauthorized disclosure or use is prohibited. If you received this email in
error, please notify the sender and delete this email from your system. Thank you.

**Next Steps**

Respond by replying directly to this email

No longer interested? Close your application for this job.